Argued March 3—decided March 3, 1970

JOHN DESARBO ET AL. *v.* JOHN GUARNERO ET AL.

The motion by the defendants to dismiss the appeal from the Superior Court in New Haven County is denied.

*George E. McGoldrick,* for the appellees (defendants).

*Archibald G. Marshall,* for the appellants (plaintiffs).

Argued March 3—decided March 3, 1970